TRUCKER ♦ HUSS
A Professional Corporation
Clarissa A. Kang (SBN 210660)
Michelle Schuller Lewis (SBN 255787)
One Embarcadero Center, 12th Floor
San Francisco, CA 94111-3628
Tel: 415.788.3111
Fax: 415.421.2017
E-mail:  ckang@truckerhuss.com
            mlewis@truckerhuss.com
*Attorneys for Defendant Group Long Term Disability
Plan for Employees of Oracle America, Inc.*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
Connor C. Boyd (SBN 287297)
E-mail:  cboyd@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendant Hartford Life and
Accident Insurance Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE NAGY,<br><br>                    Plaintiff,<br><br>v.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 14-CV-00038-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**Complaint Served:  01/09/2014**<br>**Current Response Date:  01/30/2014**<br>**New Response Date:  02/28/2014**<br><br>Magistrate Judge Joseph C. Spero |

Plaintiff Dave Nagy, Defendant Group Long Term Disability Plan for

Employees of Oracle America, Inc. ("Plan"), and Defendant Hartford Life and

Accident Insurance Company ("Hartford"), by and through their respective counsel

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-9636-1752 v1                              - 1 -                    STIPULATION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADING

1    of record, hereby stipulate and agree that the time for Defendant Plan to file a

2    responsive pleading to Plaintiff's complaint shall be extended 30 days from January

3    30, 2014 to February 28, 2014.

4         Said extension to plead was requested so that counsel for the Plan can obtain

5    and review their client's file, prepare an appropriate response, and work out tender

6    of defense issues with Defendant Hartford.  The extension will not impact any of

7    the case management dates currently set by the Court.

8         IT IS SO STIPULATED.

9

10   Dated:  January 30, 2014              Law Offices Of Laurence F. Padway

11

12                                        By: */s/ Laurence F. Padway*
                                              *[as authorized on January 30, 2014]*
13                                        _____
                                          Laurence F. Padway
14                                        Attorneys for Plaintiff Dave Nagy

15

16   Dated:  January _____, 2014          Trucker Huss, P.C.

17

18                                        By:_____
                                          Clarissa A. Kang
19                                        Attorneys for Defendant Group Long Term
                                          Disability Plan for Employees of Oracle
20                                        America, Inc.

21   Dated:  January 30, 2014             Burke, Williams & Sorensen, LLP
                                          Michael B. Bernacchi
22                                        Connor C. Boyd

23

24                                        By: */s/ Michael B. Bernacchi*
                                          _____
25                                        Michael B. Bernacchi
                                          Attorneys for Defendant Hartford Life and
26                                        Accident Insurance Company

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-9636-1752 v1                    - 2 -        STIPULATION FOR EXTENSION OF TIME TO
                                                          FILE RESPONSIVE PLEADING

1    of record, hereby stipulate and agree that the time for Defendant Plan to file a

2    responsive pleading to Plaintiff's complaint shall be extended 30 days from January

3    30, 2014 to February 28, 2014.

4          Said extension to plead was requested so that counsel for the Plan can obtain

5    and review their client's file, prepare an appropriate response, and work out tender

6    of defense issues with Defendant Hartford.  The extension will not impact any of

7    the case management dates currently set by the Court.

8          IT IS SO STIPULATED.

9

10   Dated:  January _____, 2014          Law Offices Of Laurence F. Padway

11

12                                         By:_____

13                                             Laurence F. Padway
                                             Attorneys for Plaintiff Dave Nagy

14

15   Dated:  January _30_, 2014            Trucker Huss, P.C.

16

17                                         By: _Clarissa A. Kang_____

18                                             Clarissa A. Kang
                                             Attorneys for Defendant Group Long Term

19                                           Disability Plan for Employees of Oracle
                                             America, Inc.

20

21   Dated:  January 30, 2014              Burke, Williams & Sorensen, LLP
                                           Michael B. Bernacchi

22                                         Connor C. Boyd

23   Dated: 2/4/14

24                                         By: _/s/ Michael B. Bernacchi_____
                                               Michael B. Bernacchi

25                                           Attorneys for Defendant Hartford Life and
                                             Accident Insurance Company

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-9636-1752 v1          - 2 -          STIPULATION FOR EXTENSION OF TIME TO
                                             FILE RESPONSIVE PLEADING

*Seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero*