Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California  94501
Telephone:  (510) 814-6100
Facsimile :  (510) 814-0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendants Hartford Life and Accident Insurance Company and Group Long Term Disability Plan for Employees of Oracle America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE NAGY, <br><br> Plaintiff, <br><br> v. <br><br> GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 14-CV-00038 EMC <br><br> **STIPULATION TO EXTEND DEADLINE FOR MEDIATION; AND [P~~ROP~~OSED] ORDER** <br><br> Honorable Edward M. Chen |

Whereas, by order filed May 16, 2014, this Court directed that mediation be completed within 90 days; and

Whereas, the appointment of the mediator was not issued until July 23, 2014, following which a mediation was scheduled as soon as was convenient to the calendars of counsel, their clients and the mediator;

1  Whereas, all parties and the mediator have now agreed to schedule the
2  mediation for October 2, 2014;
3  Whereas, the post-mediation status conference the Court has set for this case
4  will not take place until October 9, 2014 and the parties will have completed the
5  mediation by then.
6  Now, therefore, the parties stipulate that the deadline for mediation be
7  extended to and including October 2, 2014.
8  IT IS SO STIPULATED.

10 Dated:  August 27, 2014            Law Offices Of Laurence F. Padway

12                                    By: */s/ Laurence F. Padway*
13                                    Laurence F. Padway
                                      Attorneys for Plaintiff Dave Nagy

15 Dated:  August 27, 2014            Burke, Williams & Sorensen, LLP

17                                    By: */s/ Michael B. Bernacchi*
18                                    Michael B. Bernacchi
                                      Attorneys for Defendants Hartford Life and
19                                    Accident Insurance Company and Group
                                      Long Term Disability Plan for Employees
20                                    of Oracle America, Inc.

22                                    **ORDER**
23  Good cause appearing, IT IS HEREBY ORDERED that the deadline for
24  mediation be extended to October 2, 2014.

26  Dated: September 5, 2014
                                      _____
27                                    Hon. Ed
                                      United S

IT IS SO ORDERED
Judge Edward M. Chen

LA #4834-7191-1965 v1      - 2 -      CASE NO. 14-CV-00038 EMC
                                      STIPULATION TO EXTEND DEADLINE FOR
                                      MEDIATION AND [PROPOSED] ORDER