UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DAVE NAGY,

        Plaintiff,

    v.

GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., et al.

        Defendants.

No. C 14-0038 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     October 2, 2014
Mediator:  Mark Humbert

IT IS HEREBY ORDERED that the request to excuse plaintiff Dave Nagy and defendant Group Long Term Disability Plan for Employees of Oracle American, Inc., and Hartford Life and Accident Insurance Company's corporate representatives from appearing in person at the October 2, 2014, mediation before Mark Humber is GRANTED. The excused parties shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

Counsel are advised that, in the future, requests to be excused from personal attendance at mediation shall be submitted in accordance with the procedure set forth in ADR L.R. 6-10(d) and shall not be filed.

IT IS SO ORDERED.

September 11, 2014
Dated

By: _____
Maria-Elena James
United States Magistrate Judge