1  LAW OFFICES OF LAURENCE F. PADWAY
   Laurence F. Padway (SBN 89314)
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Tel:  510.814.6100
   Fax:  510.814.0650
4  *Attorneys for Plaintiff Dave Nagy*

5  BURKE, WILLIAMS & SORENSEN, LLP
   Michael B. Bernacchi (SBN 163657)
6  E-mail:  mbernacchi@bwslaw.com
   444 South Flower Street, Suite 2400
7  Los Angeles, CA  90071-2953
   Tel:  213.236.0600
8  Fax:  213.236.2700
   *Attorneys for Defendants*
9  *Group Long Term Disability Plan for*
   *Employees of Oracle America, Inc. and*
10 *Hartford Life and Accident Insurance Company*

11

12                 **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN FRANCISCO DIVISION**

15

16  DAVE NAGY,                          | Case No. 14-CV-00038-EMC

17              Plaintiff,              | **STIPULATION AND [PROPOSED]
                                        | ORDER TO ESTABLISH TRIAL
18  v.                                  | BRIEFING SCHEDULE**

19  GROUP LONG TERM                     | Trial:
    DISABILITY PLAN FOR                 | Date:    January 30, 2015
20  EMPLOYEES OF ORACLE                 | Time:    10:30 a.m.
    AMERICA, INC., and HARTFORD         | Ctrm:    5 (17th Floor)
21  LIFE AND ACCIDENT
    INSURANCE COMPANY,                  | Honorable Edward M. Chen
22
              Defendants.
23

24

25          Plaintiff Dave Nagy ("Plaintiff" or "Nagy") and Defendants Group Long

26  Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and

27  Hartford Life and Accident Insurance Company ("Hartford") (collectively

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-2969-4495 v1          - 1 -          STIPULATION AND ORDER TO ESTABLISH
                                              TRIAL BRIEFING SCHEDULE

1    "Defendants"), through their respective counsel, hereby agree and stipulate as
2    follows:

3         1.     On May 6, 2014, the parties submitted a Joint Case Management
4    Statement (docket no. 24) with proposed case management dates.

5         2.     On October 2, 2014, the parties participated in a mediation before
6    court-appointed mediator, C. Mark Humbert, Esq.  This matter did not settle.

7         3.     On October 9, 2014, the Court issued a Minute Order for Bench Trial
8    (docket no. 36) setting a trial date of **January 30, 2015**.  The Court ordered the
9    parties to stipulate to a briefing schedule, but also required that the Reply Briefs be
10   filed not later than January 16, 2015.

11        4.     The parties hereby stipulate that the following trial briefing dates be
12   set by the Court:

13              Opening Trial Briefs:     January 5, 2015

14              Responsive Trial Briefs:  January 16, 2015

15        IT IS SO STIPULATED.

16

17   Dated: November 24, 2014              Law Offices of Laurence F. Padway

18
19                                         By: */s/ Laurence F. Padway*
20                                             Laurence F. Padway
                                              Attorneys for Plaintiff
                                              Dave Nagy
21

22   Dated: November 24, 2014              Burke, Williams & Sorensen, LLP

23
24                                         By: */s/ Michael B. Bernacchi*
                                              Michael B. Bernacchi
25                                            Attorneys for Defendants
                                              Group Long Term Disability Plan for
26                                            Employees of Oracle America, Inc. and
                                              Hartford Life and Accident Insurance
27                                            Company

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-2969-4495 v1          - 2 -        STIPULATION AND ORDER TO ESTABLISH
                                              TRIAL BRIEFING SCHEDULE

1

## **ORDER**

2        The Court, having reviewed the parties' Stipulation to Establish Trial

3   Briefing Schedule, orders as follows:

4        The following deadlines are established for the parties' trial briefing schedule

5   for the ERISA trial:

6        Opening Trial Briefs:     **January 5, 2015** or _____

7        Responsive Trial Briefs:  **January 16, 2015** or _____

8        Trial:                    **January 30, 2015 at 10:30 a.m.**

9

10       IT IS SO ORDERED.

11

12   Dated:    11/26/14

13                                   Hon. E_____

14

15                                   IT IS SO ORDERED

16                                   Judge Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-2969-4495 v1                - 3 -                STIPULATION AND ORDER TO ESTABLISH
                                                          TRIAL BRIEFING SCHEDULE