LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax:  510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700
*Attorneys for Defendants*
*Group Long Term Disability Plan for*
*Employees of Oracle America, Inc. and*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY,<br><br>             Plaintiff,<br><br>v.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>             Defendants. | Case No. 14-CV-00038-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE ON OPENING TRIAL BRIEF BY ONE DAY**<br><br><u>Trial:</u><br>Date:    January 30, 2015<br>Time:    10:30 a.m.<br>Ctrm:    5 (17th Floor)<br><br>Honorable Edward M. Chen |

**WHEREAS**, the Court set an ERISA bench trial date for January 30, 2015.

**WHEREAS**, the Court ordered the Reply papers to be filed not later than January 16, 2015.  The Court further ordered the parties were to <u>stipulate</u> between

1   themselves when the Opening Trial Briefs were due.

2

3      **WHEREAS**, the parties stipulated that the Opening Trial Briefs would be

4   due on January 5, 2015.  However, counsel for plaintiff has had medical issues over

5   the past week;

6

7      Now therefore, the parties request a one day extension to file the Opening

8   Trial Brief to **January 6, 2015**.

9

10     IT IS SO STIPULATED.

11

12  Dated:  January 5, 2015                    Law Offices of Laurence F. Padway

13

14                                             By: */s/ Laurence F. Padway*
                                                   *[as approved on January 5, 2015]*

15                                                 Laurence F. Padway
                                                   Attorneys for Plaintiff

16                                                 Dave Nagy

17

18  Dated:  January 5, 2015                    Burke, Williams & Sorensen, LLP

19

20                                             By: */s/ Michael B. Bernacchi*
                                                   Michael B. Bernacchi

21                                                 Attorneys for Defendants
                                                   Group Long Term Disability Plan for

22                                                 Employees of Oracle America, Inc. and
                                                   Hartford Life and Accident Insurance
                                                   Company

23

24                       **ORDER**

25      Pursuant to stipulation, IT IS SO ORDERED.

26  Dated: January 5, 2015                     _____

27                                             Hon. Edward M. Chen
                                               United States District

28

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA