LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax:  510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700
*Attorneys for Defendants
Group Long Term Disability Plan for
Employees of Oracle America, Inc. and
Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, | Case No. 14-CV-00038-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE ON RESPONSIVE TRIAL BRIEF BY TEN DAYS** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Trial:<br>Date:    February 20, 2015<br>Time:   2:30 p.m.<br>Ctrm:   5 (17th Floor) |
| Defendants. | Honorable Edward M. Chen |

**WHEREAS**, the Court has *recently* moved the ERISA bench trial date in this matter from January 30, 2015 to **February 20, 2015**.

///

///

1   **WHEREAS**, the parties filed their Opening ERISA trial briefs on January 6, 2015.

4   **WHEREAS**, the Court had originally ordered the Responsive briefs to be filed not later than January 16, 2015.

7   **WHEREAS**, the parties would like a few more days to prepare their Responsive briefs given the continuance of the trial date by the Court.

10   Now therefore, the parties request a <u>ten-day</u> extension to file their Responsive Trial Briefs to **January 26, 2015**.  The papers will still be filed with the Court almost **a month** before the trial date.

14   IT IS SO STIPULATED.

16   Dated:  January 14, 2015                Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
    <u>*[as approved on January 14, 2015]*</u>
    Laurence F. Padway
Attorneys for Plaintiff
Dave Nagy

Dated:  January 14, 2015                Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
Attorneys for Defendants
Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company

1 **ORDER**

2    Pursuant to stipulation, IT IS SO ORDERED.

3

4  Dated: 1/14/15      _____
5                      Hon. Edward M. Chen
                       United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen