**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   DAVID NAGY,                         No. C-14-00038 EMC

9            Plaintiff,

10        v.                            **ORDER RE: DEFENDANTS'
                                        RESPONSE TO ADMINISTRATIVE
11  GROUP LONG TERM DISABILITY PLAN     MOTION TO PERMIT LATE FILING**
    FOR EMPLOYEES ORACLE AMERICA,
12  INC. and HARTFORD LIFE AND          **(Docket No. 54)**
    ACCIDENT INSURANCE COMPANY,
13
             Defendants.
14  _____/

15

16

17        On February 5, 2015, Plaintiff filed an administrative motion to permit the late filing of the

18  declaration of Dr. Jose Montoya, and to permit Plaintiff to file a supplemental trial brief.  Docket

    No. 54.  Defendants are **ORDERED** to file a response to Plaintiff's motion no later than
19
    **Wednesday, February 11, 2015.**  Defendant's response may not exceed five (5) pages in length.
20
          IT IS SO ORDERED.
21

22

23  Dated:  February 6, 2015

24                                      _____

25                                      EDWARD M. CHEN
                                        United States District Judge
26

27

28