BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendants
Group Long Term Disability Plan for Employees
of Oracle America, Inc. and Hartford Life and
Accident Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE NAGY, | Case No. 14-CV-00038-HSG |
| Plaintiff, | **DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Further Case Management Conference:<br>Date:   March 10, 2015<br>Time:   2:00 p.m.<br>Ctrm:   15 |
| Defendants. | Honorable Haywood S. Gilliam, Jr. |

Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and Hartford Life and Accident Insurance Company ("Hartford") (collectively "Defendants") hereby respectfully request that their counsel of record be allowed to appear by telephone at the further Case Management Conference on March 10, 2015. Defendants' counsel maintains their office in the City of Los Angeles, California, which exceeds a distance of 380 miles to the courthouse. Plaintiff's counsel has no objection to the request.

///

1  Dated: March 4, 2015               BURKE, WILLIAMS & SORENSEN, LLP

2
                                      By: */s/ Michael B. Bernacchi*
3                                     Michael B. Bernacchi
                                      Attorneys for Defendants Group Long Term
4                                     Disability Plan for Employees of Oracle
                                      America, Inc. and Hartford Life and
5                                     Accident Insurance Company

6

7

8                                  **ORDER**

9       Good cause appearing, IT IS HEREBY ORDERED that Defendants' counsel

10  may appear by telephone at the further Case Management Conference on March 10,

11  2015.

12      IT IS SO ORDERED.

13

14  Dated: 3/6/2015                  _____
                                     Hon. Haywood S. Gilliam, Jr.
15                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28