LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax:  510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700
*Attorneys for Defendants*
*Group Long Term Disability Plan for*
*Employees of Oracle America, Inc. and*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, <br><br> Plaintiff, <br><br> v. <br><br> GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendants. | Case No. 14-CV-00038-HSG <br><br> **STIPULATION AND ORDER FOR DEADLINE FOR FILING OF OPPOSITION TO PLAINTIFF'S POST HEARING BRIEF IN SUPPORT OF ADMISSION OF SOCIAL SECURITY DISABILITY AWARD** <br><br> Honorable Haywood S. Gilliam, Jr. |

Whereas, the Court heard oral argument on April 13, 2015 and directed the parties to meet and confer regarding the admissibility of the Social Security Administration decision.  Plaintiff filed his Post Hearing Brief in Support of Admission of Social Security Disability Award on April 17, 2015.   The parties

LA #4812-0053-2003 v1 — - 1 - — STIPULATION AND [PROPOSED] ORDER FOR FILING OF OPPOSITION TO PLAINTIFF'S POST  HEARING BRIEF

1  hereby <u>stipulate</u> between themselves that Defendant's Opposition to Plaintiff's Post
2  Hearing Brief in Support of Admission of Social Security Disability Award would
3  be due on Monday, April 27, 2015.

5  Dated:  April 21, 2015                    Law Offices of Laurence F. Padway

7                                            By: */s/ Laurence F. Padway*
                                                  *[as authorized on April 21, 2015]*
                                                  Laurence F. Padway
8                                                 Attorneys for Plaintiff
                                                  Dave Nagy

11 Dated:  April 22, 2015                    Burke, Williams & Sorensen, LLP

13                                            By: */s/ Michael B. Bernacchi*
                                                  Michael B. Bernacchi
                                                  Attorneys for Defendants
14                                                Group Long Term Disability Plan for
                                                  Employees of Oracle America, Inc. and
15                                                Hartford Life and Accident Insurance
                                                  Company

18                                      **<u>ORDER</u>**

20         Pursuant to stipulation, IT IS SO ORDERED.

22 Dated:  April 23, 2015                    _____
                                             Hon. Haywood S. Gilliam, Jr.
23                                           United States District Judge