LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendants*
*Group Long Term Disability Plan for*
*Employees of Oracle America, Inc. and*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, | Case No. 14-CV-00038-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE ON REPLY BRIEF RE IMPORT OF SSA DECISION** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

Whereas, the Court's Order of June 2, 2015, scheduled the reply briefs re the import of the SSA decision due on June 26, 2015;

Whereas, counsel for plaintiff has had multiple significant briefs due this

1  week;

2  Now therefore, the parties request an extension to June 29, 2015 to file the

3  reply brief.

4

5  Dated:  June 24, 2015                    Law Offices of Laurence F. Padway

6
7                                            By: */s/ Laurence F. Padway*
                                                  Laurence F. Padway
                                                  Attorneys for Plaintiff
8                                                 Dave Nagy

9

10 Dated:  June 24, 2015                    Burke, Williams & Sorensen, LLP

11
12                                           By: */s/ Michael B. Bernacchi*
                                                  Michael B. Bernacchi
                                                  Attorneys for Defendants
13                                                Group Long Term Disability Plan for
                                                  Employees of Oracle America, Inc. and
14                                                Hartford Life and Accident Insurance
                                                  Company
15

16

17

18

19

20

21                           CERTIFICATION RE SIGNATURES

22  I attest that concurrence in the filing of this document has been obtained from

23  the other Signatory.

24

25   Dated:  June 25, 2015
                                                  /S/ Laurence F. Padway
26                                                LAURENCE F. PADWAY

27

28

## **ORDER**

Pursuant to stipulation, IT IS SO ODERED.

Dated: June 26, 2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge