BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendants
Group Long Term Disability Plan for Employees
of Oracle America, Inc. and Hartford Life and
Accident Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE NAGY,<br><br>    Plaintiff,<br><br>v.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | Case No. 14-CV-00038-HSG<br><br>**DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT OCTOBER 13, 2015 CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference:<br>Date:   October 13, 2015<br>Time:   2:00 p.m.<br>Ctrm:   15<br><br><br>Honorable Haywood S. Gilliam, Jr. |

Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and Hartford Life and Accident Insurance Company ("Hartford") (collectively "Defendants") hereby respectfully request that their counsel of record be allowed to appear by telephone at the Case Management Conference on October 13, 2015.  Defendants' counsel maintains their office in the City of Los Angeles, California, which exceeds a distance of 380 miles to the courthouse.  Plaintiff's counsel has no objection to the request.

///

| | | |
|---|---|---|
|1| Dated: September 29, 2015 | BURKE, WILLIAMS & SORENSEN, LLP |

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Defendants' counsel may appear by telephone at the Case Management Conference on October 13, 2015. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: September 30, 2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge