LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax:  510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700
*Attorneys for Defendants*
*Group Long Term Disability Plan for*
*Employees of Oracle America, Inc. and*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, <br><br>            Plaintiff, <br><br> v. <br><br> GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, <br><br>            Defendants. | Case No. 14-CV-00038-HSG <br><br> **STIPULATION AND ORDER FOR EXTENSION TO SUBMIT A PROPOSED JUDGMENT RE DISABILITY BENEFITS AND PREJUDGMENT INTEREST** <br><br><br> Honorable Haywood S. Gilliam, Jr. |

Plaintiff Dave Nagy ("Plaintiff" or "Nagy") and Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and Hartford Life and Accident Insurance Company ("Hartford") (collectively

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-4282-7314 v1                      - 1 -                      STIPULATION FOR EXTENSION TO SUBMIT PROPOSED JUDGMENT RE DISABILITY BENEFITS AND PREJUDGMENT INTEREST

1  "Defendants"), hereby stipulate for an extension of ten (10) days to submit a
2  proposed judgment consistent with the Court's April 22, 2016 Order.
3    WHEREAS on April 22, 2016 this Court issued an interlocutory order
4  finding Nagy was entitled to disability benefits between September 13, 2011 and
5  January 16, 2013.
6    WHEREAS this Court also ordered the parties to meet and confer over the
7  amount of disability benefits and prejudgment interest owed to Nagy based on the
8  findings and conclusions of the Court's order and submit a proposed judgment
9  within thirty (30) days.
10   WHEREAS, the parties have met and conferred over the disability benefits
11 awarded under the Court's order and have essentially reached an agreement on that
12 amount.  However, the parties have a disagreement over the amount of pre-
13 judgment interest that should be awarded and thus jointly request that this Court
14 allow a brief ten (10) day extension to submit the proposed judgment to see if they
15 can resolve the interest issue.
16   THE PARTIES THEREFORE STIPULATE AND REQUEST that they be
17 given a ten (10) day extension to submit the proposed judgment to the Court by no
18 later than **June 2, 2016**.
19
20 Dated: May 23, 2016    Law Offices of Laurence F. Padway
21
22            By: */s/ Laurence F. Padway*
                 *[As authorized on May 23, 2016]*
23               Laurence F. Padway
                 Attorneys for Plaintiff Dave Nagy
24
25
26
27
28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-4282-7314 v1    - 2 -    STIPULATION FOR EXTENSION TO SUBMIT PROPOSED JUDGMENT RE DISABILITY BENEFITS AND PREJUDGMENT INTEREST

| | |
|---|---|
| Dated: May 23, 2016 | Burke, Williams & Sorensen, LLP |
| | By: */s/ Michael B. Bernacchi* |
| | Michael B. Bernacchi |
| | Attorneys for Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company |

### **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the proposed judgment be filed with the Court no later than **June 2, 2016**.

Dated: 5/24/2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4833-4282-7314 v1      - 3 -      STIPULATION FOR EXTENSION TO SUBMIT PROPOSED JUDGMENT RE DISABILITY BENEFITS AND PREJUDGMENT INTEREST