LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax:  510.814.0650
*Attorneys for Plaintiff David Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700
*Attorneys for Defendants*
*Group Long Term Disability Plan for*
*Employees of Oracle America, Inc. and*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, | Case No. 14-CV-00038-HSG |
| Plaintiff, | **STIPULATION AND ORDER FOR 45-DAY EXTENSION TO DETERMINE WHETHER NAGY IS ENTITLED TO BENEFITS UNDER THE "ANY OCCUPATION" STANDARD OF THE HARTFORD DISABILITY POLICY** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| | Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

Plaintiff Dave Nagy ("Plaintiff" or "Nagy") and Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and Hartford Life and Accident Insurance Company ("Hartford") (collectively "the Parties"), hereby stipulate and agree as follows:

1   WHEREAS on April 22, 2016 this Court issued an interlocutory order finding Nagy was entitled to disability benefits between September 13, 2011 and January 16, 2013.  The Court further ordered that Nagy's claim be remanded to Hartford for further proceedings to determine whether Nagy is entitled to benefits under the "any occupation" standard under the Hartford disability policy.

WHEREAS, in the Judgment this Court entered, it required that Hartford's decision under the "any occupation" standard shall be made within 90 days of the Court's April 22, 2016 Order, "absent tolling pursuant to ERISA regulations, the parties' stipulation and/or a further order of this Court."

WHEREAS, the parties are cooperating to obtain the necessary information to allow Hartford to conduct a proper review under ERISA, but Hartford is still waiting on certain outstanding information, including medical and (possible) vocational reviews.   This information is necessary for Hartford to complete its "any occupation" analysis in accordance with 29 CFR. 2560.503-1, before its final decision is presented to this Court.

WHEREAS, the parties stipulate that Hartford may have an extension of approximately 45 days, from July 22, 2016 to **September 6, 2016** to determine whether Nagy is entitled to benefits under the "any occupation" standard under the Hartford disability policy and thus jointly request that this Court allow such an extension.

///
///
///
///
///

IT IS SO STIPULATED.

Dated:  July 8, 2016                                    Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
*[As authorized on July 8, 2016]*
Laurence F. Padway
Attorneys for Plaintiff David Nagy

Dated:  July 8, 2016                                    Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company

## **ORDER**

Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that Hartford shall have an additional 45-day extension, from July 22, 2016 to **September 6, 2016**, to make its decision whether Nagy is entitled to benefits under the "any occupation" standard.

IT IS SO ORDERED.

Dated:  July 11, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge