LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendants*
*Group Long Term Disability Plan for*
*Employees of Oracle America, Inc. and*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, | Case No. 14-CV-00038-HSG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

Whereas, the Court scheduled a Case Management Conference for October 11, 2016;

1  Whereas, counsel for plaintiff is unavailable to attend the Case Management Conference as he has started a jury trial in Los Angeles County Superior Court which is expected to conclude on approximately October 12th;

Now therefore, the parties request that the Case Management Conference be continued to October 25, 2016.

Dated: October 4, 2016          Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
    Laurence F. Padway
Attorneys for Plaintiff
Dave Nagy

Dated: October 4, 2016          Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
    Michael B. Bernacchi
Attorneys for Defendants
Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: October 4, 2016

/s/ Laurence F. Padway
LAURENCE F. PADWAY

## **ORDER**

Pursuant to stipulation, IT IS SO ODERED.  The Case Management Conference in the above matter is continued to October 25, 2016 at 2:00 p.m.

Dated: October 4, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge