BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendants
Group Long Term Disability Plan for Employees
of Oracle America, Inc. and Hartford Life and
Accident Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE NAGY, | Case No. 14-CV-00038-HSG |
| Plaintiff, | **DEFENDANTS' MOTION AND ORDER TO APPEAR BY TELEPHONE AT AUGUST 14, 2018 CASE MANAGEMENT CONFERENCE** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Case Management Conference:<br>Date: August 14, 2018<br>Time: 2:00 p.m.<br>Ctrm: 10 |
| Defendants. | Honorable Haywood S. Gilliam, Jr. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and Hartford Life and Accident Insurance Company ("Hartford") (collectively "Defendants") hereby respectfully request that their counsel of record be allowed to appear by telephone at the Case Management Conference on August 14, 2018. Defendants' counsel maintains their office in the

City of Los Angeles, California, which exceeds a distance of 380 miles to the courthouse.

Plaintiff's counsel has no objection to Hartford appearing telephonically (a request was made in the joint status report filed on Tuesday) and the parties have already agreed on the specific hours at-issue to be deducted from the fee claim and the hourly rate applied.

Dated: August 9, 2018  BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Keiko J. Kojima
Attorneys for Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Defendants' counsel may appear by telephone at the Case Management Conference on August 14, 2018. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: August 9, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge